# United States Court of Appeals
# for the Fifth Circuit

—————————

No. 22-40382
Summary Calendar

—————————

United States Court of Appeals
Fifth Circuit

**FILED**
January 11, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

CARLOS ALBERTO MARADIAGA-LARIOS,

*Defendant—Appellant*.

—————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:22-CR-51-1

—————————————————————

Before HIGGINBOTHAM, GRAVES, and HO, *Circuit Judges.*

PER CURIAM:[*]

The Federal Public Defender appointed to represent Carlos Alberto Maradiaga-Larios has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Maradiaga-Larios has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the

—————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-40382

appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.